194 P.3d 1097

# SUPREME COURT OF HAWAIʻI

Clark v. Arakaki . . . . . . . . . . . . . . . . . 26976      10/07/2008   Denied      118 Hawaiʻi 355, 191 P.3d 176